IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLTON ENERGY GROUP LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CLIVEDEN PETROLEUM COMPANY § <br> LIMITED and CLIVEDEN § <br> PETROLEUM SA, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-13-95 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation[1] (Docket Entry No. 233) dated August 17, 2015, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this  1st  day of September, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.