IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLTON ENERGY GROUP LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-13-0095 |
| CLIVEDEN PETROLEUM COMPANY LIMITED, et al., | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 318) signed June 23, 2017, Carlton Energy Group, LLC's Objections to the Memorandum and Recommendation (Docket Entry No. 321), and Non-Signatory Defendants' Response to Carlton Energy Group, LLC's Objections to the Memorandum and Recommendation (Docket Entry No. 322), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** this the 8th day of August, 2017, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE